UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.09-11580

KATHLEEN HEARD,

          Plaintiff(s),
-V-

QAR, LLC, ET.AL,

          Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on November 10, 2009.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED with prejudice pursuant to the stipulation of the parties filed November 9, 2009.

          s/Patrick J. Duggan
          Patrick J. Duggan
          United States District Judge

Dated: November 10, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 10, 2009, by electronic and/or ordinary mail.

          s/Marilyn Orem
          Case Manager